FAST MEMORY ERASE, LLC,
Plaintiff–Appellee,

v.

INTEL CORPORATION, Numonyx
B.V., and Numonyx, Inc.,
Defendants–Appellants,

and

Sony Ericsson Mobile Communications
AB, Sony Ericsson Mobile Communi-
cations (USA), Inc., Apple Inc., and
Motorola, Inc., Defendants.

No. 2011–1283.

United States Court of Appeals,
Federal Circuit.

March 6, 2012.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS-
MISSED under Fed. R.App. P. 42(b).

AMARR COMPANY, Appellant,

v.

David J. KAPPOS, Director, United
States Patent and Trademark
Office, Appellee,

and

Wayne–Dalton Corp., Appellee.

No. 2012–1130.

United States Court of Appeals,
Federal Circuit.

March 6, 2012.

Jeffrey R. McFadden, Womble, Carlyle,
Sandridge, Atlanta, GA, for Appellant.

Raymond T. Chen, Patent & Trademark
Office, Alexandria, VA, for David J. Kap-
pos, Appellee.

Ray L. Weber, Renner, Kenner, Greive,
Bobak, Akron, OH, for Wayne–Dalton
Corp., Appellee.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS-
MISSED under Fed. R.App. P. 42(b).